1  Dave Carothers, State Bar No. 125536
   Cindy R. Caplan, State Bar No. 203868
2  CARLTON DiSANTE & FREUDENBERGER LLP
   4510 Executive Drive
3  Suite 300
   San Diego, California 92121
4  Telephone: (858) 646-0007
   Facsimile: (858) 646-0008
5  E-Mail: dcarothers@cdflaborlaw.com
           ccaplan@cdflaborlaw.com
6
   Attorneys for Defendant
7  FERRELLGAS, INC. and FERRELLGAS, L.P.

FILED
2008 FEB -1  AM 11: 32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNH _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 RUDOLPH PADILLA,                  )  Case No. '08 CV 0196 JLS BLM
                                     )
12          Plaintiff,                )  (San Diego Superior Court . 37-2007-
      v.                             )  00080518-CU-WT-NC)
13                                   )
   FERRELLGAS, INC., a corporation;  )  DEFENDANT FERRELLGAS INC., AND
14 FERRELLGAS, L.P.; and DOES 1 to 10,)  FERRELLGAS L.P.S' NOTICE OF
   Inclusive,                         )  INTERESTED PARTIES
15                                   )
            Defendant.               )
16 _____)

17         The undersigned, counsel of record for Defendants FERRELLGAS INC., AND

18 FERRELLGAS L.P., certifies that the following listed parties have a direct, pecuniary interest in

19 the outcome of this case. These representations are made to enable the Court to evaluate possible

20 disqualification or recusal.

21         FERRELLGAS INC.

22         FERRELLGAS L.P.

23 Dated: January 31, 2008        CARLTON DiSANTE & FREUDENBERGER LLP
                                  Dave Carothers
24                                Cindy R. Caplan

25

26                                By: _____
                                              Cindy R. Caplan
27                                Attorneys for Defendants
                                  FERRELLGAS, INC. and FERRELLGAS, L.P.
28

                                    1                Case No. _____
                                                     Defendants' Notice of Interested Parties

286506_1