UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH PADILLA,<br><br>            Plaintiff,<br><br>v.<br><br>FERRELLGAS, INC., et al.,<br><br>           Defendants. | Civil No. 08cv0196-JLS(BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

      On March 5, 2008 at 9:30 a.m. the Court convened an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Appearing were Greg Testa, Esq. and Rudy Padilla on behalf of Plaintiff and Brent Coverdale, Esq. and Rus Willette, Esq. on behalf of Defendants.

      Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

      1.   Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections

1 to initial disclosure will be resolved as required by Rule 26;

2     2. The Rule 26(f) conference shall be completed on or before **March 26, 2008**;

3. A joint discovery plan shall be <u>lodged</u> with Magistrate Judge Barbara L. Major on or before **April 2, 2008**;

4. Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before **April 2, 2008**; and,

5. A Case Management Conference pursuant to Rule 16(b) shall be held on **April 10, 2008** at **1:30 p.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall appear telephonically.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions. Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

DATED: March 5, 2008

*/s/ Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES