JAMES A. TESTA, State Bar No. 64660
GREGORY J. TESTA, State Bar No. 176318
TESTA & ASSOCIATES, LLP
570 Rancheros Drive, Suite 250
San Marcos, California 92069
Telephone: (760) 891-0490
Facsimile: (760) 891-0495

Attorneys for Plaintiff
Rudolph Padilla

PAUL D. SEYFERTH (Admitted pro hac vice)
BRENT N. COVERDALE (Admitted pro hac vice)
SEYFERTH KNITTIG & BLUMENTHAL, LLC
300 Wyandotte, Suite 430
Kansas City, MO 64113
Telephone: (816) 756-0700
Facsimile: (816) 756-3700

Attorneys for Defendants
FERRELLGAS, INC. and FERRELLGAS, L.P.

Dave Carothers, State Bar No. 125536
Cindy R. Caplan, State Bar No. 203868
CARLTON DiSANTE & FREUDENBERGER LLP
4510 Executive Drive
Suite 300
San Diego, California 92121
Telephone:  (858) 646-0007
Facsimile:  (858) 646-0008
E-Mail:  dcarothers@cdflaborlaw.com
         ccaplan@cdflaborlaw.com

Attorneys for Defendants
FERRELLGAS, INC. and FERRELLGAS, L.P.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH PADILLA,<br><br>            Plaintiff,<br><br>     v.<br><br>FERRELLGAS, INC., a corporation;<br>FERRELLGAS, L.P.; and DOES 1 to 10,<br>Inclusive,<br><br>            Defendants. | Case No. 08cv0196-JLS (BLM)<br><br>**JOINT REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)** |

Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties met and conferred by telephone on March 25, 2008. With respect to those items set forth in Rule 26(f), the parties hereby report to the Court as follows:

1. The parties agree that this case should be placed on a schedule as follows:

- May 2, 2008: Submission of Rule 26(a)(1) disclosures. The parties recognize that this is later than the date contemplated by the Court, but have discussed and agree that extra time would be of assistance in compiling and providing thorough disclosures.
- June 16, 2008: Deadline for joining additional parties and amending the pleadings
- July 18, 2008: Submission of proponent's initial expert reports (R. 26(a)(2)).
- August 29, 2008: Submission of opponent's initial expert reports (R. 26(a)(2)).
- September 30, 2008: Completion of fact discovery.
- October 30, 2008: Deadline for filing of dispositive motions; answering briefs, if any, shall be filed within 45 days from service of a dispositive motion; reply briefs shall be served within 20 days thereafter.

2. The parties plan to conduct discovery on Plaintiff's claims and Defendants' defenses, as well as any related issues that may arise. Because this matter is not complex, the parties do not seek to conduct discovery in phases.

3. Electronically stored information should be provided by either printing out the information or providing a CD-Rom containing the information in a commonly-accessible format.

4. The parties foresee at this time no issues relating to privileged or protected discovery information.

5. The parties agree that interrogatories shall limited to 35.

6. The parties do not foresee the need of further orders at this time.

| | |
|---|---|
| Dated: March 26, 2008 | TESTA & ASSOCIATES, LLP<br>James A. Testa<br>Gregory J. Testa |
| | By: /s Gregory J. Testa<br>Gregory J. Testa<br>Attorneys for Plaintiff and Cross-Defendant<br>Rudolph Padilla |
| Dated: March 26, 2008 | SEYFERTH BLUMENTHAL & HARRIS, LLP<br>Paul D. Seyferth<br>Brent N. Coverdale<br><br>CARLTON DiSANTE & FREUDENBERGER LLP<br>Dave. Carothers<br>Cindy R. Caplan |
| | By: /s Brent N. Coverdale<br>Brent N. Coverdale<br>Attorneys for Defendants<br>Ferrellgas, Inc. and Ferrellgas, L.P. |

289513.1