JAMES A. TESTA, State Bar No. 64660
GREGORY J. TESTA, State Bar No. 176318
TESTA & ASSOCIATES, LLP
570 Rancheros Drive, Suite 250
San Marcos, California 92069
Telephone: (760) 891-0490
Facsimile: (760) 891-0495

Attorneys for Plaintiff
Rudolph Padilla

PAUL D. SEYFERTH (Admitted pro hac vice)
BRENT N. COVERDALE (Admitted pro hac vice)
SEYFERTH KNITTIG & BLUMENTHAL, LLC
300 Wyandotte, Suite 430
Kansas City, MO 64113
Telephone: (816) 756-0700
Facsimile: (816) 756-3700

Attorneys for Defendants
FERRELLGAS, INC. and FERRELLGAS, L.P.

Dave Carothers, State Bar No. 125536
Cindy R. Caplan, State Bar No. 203868
CARLTON DiSANTE & FREUDENBERGER LLP
4510 Executive Drive
Suite 300
San Diego, California 92121
Telephone: (858) 646-0007
Facsimile: (858) 646-0008
E-Mail: dcarothers@cdflaborlaw.com
ccaplan@cdflaborlaw.com

Attorneys for Defendants
FERRELLGAS, INC. and FERRELLGAS, L.P.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RUDOLPH PADILLA,

Plaintiff,

v.

FERRELLGAS, INC., a corporation; FERRELLGAS, L.P.; and DOES 1 to 10, Inclusive,

Defendants.

Case No. 08cv0196-JLS (BLM)

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL**

Pursuant to CivLR 7.2 and the Court's Case Management Conference Order (Doc. #10) in this matter, the parties respectfully request an extension of time from August 2, 2008 to August 15, 2008 for Defendants to file any Motion to Compel regarding Plaintiff's responses to Defendants' first set of written discovery. In support of this motion, the parties state as follow:

On April 15, 2008, Defendants served their first interrogatories and requests for production of documents on Plaintiff. Plaintiff asked for additional time to respond, to which Defendants consented. Plaintiff served responses on June 2, 2008. Defendants sent a golden rule letter regarding Plaintiff's responses on June 10, 2008. On June 26, 2008 Plaintiff supplemented his interrogatory responses. Defendants sent additional golden rule correspondence, and the parties have communicated regarding these disputes in an effort to reach agreement. On July 31, 2008, the parties reached an agreement for Plaintiff to provide supplemental responses to Defendants.

The Court's Order in this matter (Doc. #10) sets a 60-day deadline for filing motions to compel. While it is unclear what date would be properly considered the triggering date, if Plaintiff's June 2 date is the appropriate starting point, the deadline for filing a motion to compel would be August 2, 2008. Out of an abundance of caution, and because they have reached an agreement that should prevent the Court's involvement in this matter, the parties respectfully request an extension of time through August 15, 2008 to file any motion to compel regarding Plaintiff's responses to Defendants' first set of written discovery. The parties note that the Court has scheduled a settlement conference for August 15, but because of the pending discovery issues, the parties will shortly be seeking to move this conference so that the parties can engage in further discovery.

For these reasons, the parties respectfully request an extension of time through August 15, 2008 to file any motion to compel regarding Plaintiff's responses to Defendants' first set of written discovery.

Dated: July 31, 2008

By: /s Gregory J. Testa

JAMES A. TESTA, State Bar No. 64660
GREGORY J. TESTA, State Bar No. 176318
TESTA & ASSOCIATES, LLP
570 Rancheros Drive, Suite 250
San Marcos, California 92069
Telephone: (760) 891-0490
Facsimile: (760) 891-0495

Attorneys for Plaintiff
Rudolph Padilla

Dated: July 31, 2008

By: /s Brent N. Coverdale

PAUL D. SEYFERTH (Admitted pro hac vice)
BRENT N. COVERDALE (Admitted pro hac vice)
SEYFERTH KNITTIG & BLUMENTHAL, LLC
300 Wyandotte, Suite 430
Kansas City, MO 64113
Telephone: (816) 756-0700
Facsimile: (816) 756-3700

Attorneys for Defendants
FERRELLGAS, INC.
and FERRELLGAS, L.P.

Dave Carothers, State Bar No. 125536
Cindy R. Caplan, State Bar No. 203868
CARLTON DiSANTE & FREUDENBERGER LLP
4510 Executive Drive
Suite 300
San Diego, California 92121
Telephone: (858) 646-0007
Facsimile: (858) 646-0008
E-Mail: dcarothers@cdflaborlaw.com
ccaplan@cdflaborlaw.com

Attorneys for Defendants
FERRELLGAS, INC.
and FERRELLGAS, L.P.