1  PAUL D. SEYFERTH (Admitted pro hac vice)
   BRENT N. COVERDALE (Admitted pro hac vice)
2  SEYFERTH BLUMENTHAL & HARRIS, LLC
   300 Wyandotte, Suite 430
3  Kansas City, MO 64113
   Telephone: (816) 756-0700
4  Facsimile: (816) 756-3700

5  Attorneys for Defendants
   FERRELLGAS, INC. and FERRELLGAS, L.P.
6
   Dave Carothers, State Bar No. 125536
7  Cindy R. Caplan, State Bar No. 203868
   CARLTON DiSANTE & FREUDENBERGER LLP
8  4510 Executive Drive
   Suite 300
9  San Diego, California 92121
   Telephone:  (858) 646-0007
10 Facsimile:  (858) 646-0008
   E-Mail:  dcarothers@cdflaborlaw.com
11          ccaplan@cdflaborlaw.com

12 Attorneys for Defendants
   FERRELLGAS, INC. and FERRELLGAS, L.P.
13

14              **UNITED STATES DISTRICT COURT**

15              **SOUTHERN DISTRICT OF CALIFORNIA**

16

17 RUDOLPH PADILLA,                      ) Case No. 08cv0196-JLS (BLM)
                                         )
18        Plaintiff,                     ) **DEFENDANTS FERRELLGAS, INC.**
        v.                               ) **AND FERRELLGAS, L.P.'S**
19                                       ) **UNOPPOSED APPLICATION TO**
   FERRELLGAS, INC., a corporation;      ) **CONTINUE MANDATORY**
20 FERRELLGAS, L.P.; and DOES 1 to 10,   ) **SETTLEMENT CONFERENCE**
   Inclusive,                            )
21                                       )
        Defendants.                      )
22 _____)

23        Pursuant to Paragraph 6(d) of the Court's Case Management Conference Order

24 (Doc. #10) in this matter, Defendants Ferrellgas, Inc. and Ferrellgas, L.P. respectfully request a

25 continuance of the mandatory settlement conference in this matter currently set for 9:30 a.m. on

26 August 15, 2008.  Defendants request that the Court continue this mandatory settlement conference

27 until the final week of September or until a later date and time of the Court's choosing so that the

28 Defendants can obtain information through discovery.  In support of this application, Defendants

state as follows:

The Court conducted an Early Neutral Evaluation Conference in this matter on March 5, 2008. This conference was unsuccessful, and revealed that the parties had fundamentally different factual positions which impacted their settlement positions. The Court therefore suggested that the parties proceed with discovery.

On April 15, 2008, Defendants served their first interrogatories and requests for production of documents on Plaintiff. Plaintiff asked for additional time to respond, to which Defendants consented. Plaintiff served responses on June 2, 2008. Defendants sent a golden rule letter regarding Plaintiff's responses on June 10, 2008. On June 26, 2008 Plaintiff supplemented his interrogatory responses. Defendants sent additional golden rule correspondence, and the parties have communicated regarding these disputes in an effort to reach agreement. On July 31, 2008, the parties reached an agreement for Plaintiff to provide supplemental responses to Defendants. Counsel for Plaintiff also expressed that he did not object to a continuance of the mandatory settlement conference set for August 15 so that Defendants could conduct discovery.

As noted in the parties' Joint Motion to Extend Time to File Motion to Compel (Doc. #12), the parties anticipate resolution of these discovery issues by August 15, 2008. After Defendants receive these supplemental discovery responses, they plan to take the depositions of Plaintiff and his wife. After Defendants obtain the discovery described above, Defendants will be in a better position to engage in meaningful settlement discussions.

As described above, Defendants have conferred with opposing counsel pursuant to CivLR 26.1 regarding this request for continuance, and opposing counsel is in agreement that a continuance is appropriate.

For these reasons, Defendants request a continuance of the mandatory settlement conference in this matter currently set for 9:30 a.m. on August 15, 2008. Defendants request that the Court continue this mandatory settlement conference until the final week of September or until a later date and time of the Court's choosing.

Respectfully submitted,

By: /s/ Brent N. Coverdale

PAUL D. SEYFERTH (admitted pro hac vice)
BRENT N. COVERDALE (admitted pro hac vice)
SEYFERTH BLUMENTHAL & HARRIS, LLC
300 Wyandotte, Suite 430
Kansas City, MO 64113
(816) 756-0700 / FAX (816) 756-3700

DAVE CAROTHERS, No. 125536
CINDY R. CAPLAN, No. 203868
CARLTON DISANTE & FREUDENBERGER LLP
4510 Executive Drive, Suite 300
San Diego, CA 92121
(858) 646-0007 / FAX (858) 646-0008

ATTORNEYS FOR DEFENDANTS FERRELLGAS, INC. AND FERRELLGAS, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2008, I served the foregoing via the Court's electronic filing system, which sent electronic notification to the following:

Gregory J. Testa
Testa & Associates, LLP
570 Rancheros Drive, Suite 250
San Marcos, CA 92069
Attorney for Plaintiff, Rudolph Padilla

/s/ Brent N. Coverdale
Attorney for Defendants