```
 1  PAUL D. SEYFERTH (Admitted pro hac vice)
    BRENT N. COVERDALE (Admitted pro hac vice)
 2  SEYFERTH BLUMENTHAL & HARRIS, LLC
    300 Wyandotte, Suite 430
 3  Kansas City, MO 64113
    Telephone: (816) 756-0700
 4  Facsimile: (816) 756-3700

 5  Attorneys for Defendants
    FERRELLGAS, INC. and FERRELLGAS, L.P.
 6
    Dave Carothers, State Bar No. 125536
 7  Cindy R. Caplan, State Bar No. 203868
    CARLTON DiSANTE & FREUDENBERGER LLP
 8  4510 Executive Drive
    Suite 300
 9  San Diego, California 92121
    Telephone:  (858) 646-0007
10  Facsimile:  (858) 646-0008
    E-Mail:  dcarothers@cdflaborlaw.com
11           ccaplan@cdflaborlaw.com

12  Attorneys for Defendants
    FERRELLGAS, INC. and FERRELLGAS, L.P.
13
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH PADILLA, | Case No. 08cv0196-JLS (BLM) |
| Plaintiff, | **DECLARATION OF BRENT N. COVERDALE IN SUPPORT OF DEFENDANTS' UNOPPOSED APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| FERRELLGAS, INC., a corporation; FERRELLGAS, L.P.; and DOES 1 to 10, Inclusive, | |
| Defendants. | |

1. I am counsel for Ferrellgas, Inc. and Ferrellgas, L.P. in this matter. This declaration is based upon my personal knowledge.

2. The Court conducted an Early Neutral Evaluation Conference in this matter on March 5, 2008. This conference was unsuccessful, and revealed that the parties had fundamentally different factual positions which impacted their settlement positions. The Court therefore suggested that the parties proceed with discovery.

3. On April 15, 2008, Defendants served their first interrogatories and requests for production of documents on Plaintiff. Plaintiff asked for additional time to respond, to which Defendants consented. Plaintiff served responses on June 2, 2008.

4. I sent a golden rule letter regarding Plaintiff's responses on June 10, 2008. On June 26, 2008 Plaintiff supplemented his interrogatory responses. I sent additional golden rule correspondence, and the parties have communicated regarding these disputes in an effort to reach agreement.

5. On July 31, 2008, the parties reached an agreement for Plaintiff to provide supplemental responses to Defendants. Counsel for Plaintiff also expressed that he did not object to a continuance of the mandatory settlement conference set for August 15 so that Defendants could conduct discovery.

6. The parties anticipate resolution of these discovery issues by August 15, 2008. After Defendants receive these supplemental discovery responses, they plan to take the depositions of Plaintiff and his wife. After Defendants obtain the discovery described above, Defendants will be in a better position to engage in meaningful settlement discussions.

7. As described above, Defendants have conferred with opposing counsel pursuant to CivLR 26.1 regarding this request for continuance, and opposing counsel is in agreement that a continuance is appropriate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of August, 2008.

/s/ Brent N. Coverdale
Brent N. Coverdale