1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11   RUDOLPH PADILLA,                    )   Civil No. 08cv0196-JLS(BLM)
                                         )
12                      Plaintiff,       )
                                         )   **ORDER GRANTING JOINT MOTION TO**
13   v.                                  )   **EXTEND DEADLINE TO FILE MOTION**
                                         )   **TO COMPEL DISCOVERY**
14   FERRELLGAS, INC., et al.,           )
                                         )   [Doc. No. 12]
15                      Defendants.      )
     _____)
16

17        On July 31, 2008, parties to the above matter moved to extend

18   the deadline to file a motion to compel discovery.  Doc. No. 12.

19   Specifically, they request an extension of time to file "any motion

20   to compel regarding Plaintiff's responses to Defendant's first set

21   of written discovery."  Id.  By the parties' calculation, the

22   current deadline for filing such a motion is August 2, 2008.  Id.

23   (citing this Court's order requiring motions to resolve discovery

24   disputes to be filed within 60 days of the date on which the dispute

25   arose).

26        In support of their joint motion, the parties state that they

27   have reached an agreement regarding a discovery dispute, and that

28   extension of the deadline will help prevent the Court's intervention

1   in the dispute.  Id.  The parties' joint motion is **GRANTED**, and the

2   deadline to file "any motion to compel regarding Plaintiff's

3   responses to Defendant's first set of written discovery" (id.) is

4   continued to **August 15, 2008**.  All other dates and deadlines remain

5   as previously set.

6          **IT IS SO ORDERED.**

7   DATED:  <u>August 1, 2008</u>

8                                        _Barbara L. Major_

9                                        BARBARA L. MAJOR
                                         United States Magistrate Judge

10

11

12  COPY TO:

13  HONORABLE JANIS L. SAMMARTINO
    UNITED STATES DISTRICT JUDGE

14
    ALL COUNSEL AND PARTIES
15

16

17

18

19

20

21

22

23

24

25

26

27

28