JAMES A. TESTA, State Bar No. 64660
GREGORY J. TESTA, State Bar No. 176318
TESTA & ASSOCIATES, LLP
570 Rancheros Drive, Suite 250
San Marcos, California 92069
Telephone: (760) 891-0490
Facsimile: (760) 891-0495

Attorneys for Plaintiff
Rudolph Padilla

PAUL D. SEYFERTH (Admitted pro hac vice)
BRENT N. COVERDALE (Admitted pro hac vice)
SEYFERTH KNITTIG & BLUMENTHAL, LLC
300 Wyandotte, Suite 430
Kansas City, MO 64113
Telephone: (816) 756-0700
Facsimile: (816) 756-3700

Attorneys for Defendants
FERRELLGAS, INC. and FERRELLGAS, L.P.

Dave Carothers, State Bar No. 125536
Cindy R. Caplan, State Bar No. 203868
CARLTON DiSANTE & FREUDENBERGER LLP
4510 Executive Drive
Suite 300
San Diego, California 92121
Telephone:  (858) 646-0007
Facsimile:  (858) 646-0008
E-Mail:  dcarothers@cdflaborlaw.com
         ccaplan@cdflaborlaw.com

Attorneys for Defendants
FERRELLGAS, INC. and FERRELLGAS, L.P.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDOLPH PADILLA, | Case No. 08cv0196-JLS (BLM) |
| Plaintiff, | **JOINT MOTION TO CONDUCT DEPOSITION OF PLAINTIFF'S WIFE AFTER THE CLOSE OF DISCOVERY** |
| v. | |
| FERRELLGAS, INC., a corporation; FERRELLGAS, L.P.; and DOES 1 to 10, Inclusive, | |
| Defendants. | |

1    Pursuant to CivLR 7.2 and the Court's Case Management Conference Order (Doc.
2 #10) in this matter, the parties respectfully request leave of Court to conduct the deposition of
3 Plaintiff's wife after the close of discovery in this matter.  In support of this motion, the parties
4 state as follow:
5    Discovery in this matter is set to close on September 30, 2008.  Defendants have
6 expressed their intent to take the deposition of Plaintiff's wife and Plaintiff has agreed to produce
7 his wife for deposition, but Plaintiff states that due to pregnancy, his wife is medically unable to
8 appear for deposition prior to the close of discovery.  Plaintiff's wife is pregnant with twins, and is
9 in the early stages of a sensitive pregnancy, both due to the pregnancy as well and due to her high
10 blood pressure.  Defendants seek to take this deposition for information on Plaintiff's damages and
11 other matters and have agreed to postpone this deposition until a date prior to trial when Plaintiff's
12 wife is able to testify.  Out of an abundance of caution, and because they have reached an
13 agreement that should prevent the Court's involvement in this matter, the parties are requesting the
14 Court's approval of this agreement.
15    For these reasons, the parties respectfully request that the Court enter an Order
16 confirming the parties' agreement that Defendants shall have leave to take the deposition of
17 Plaintiff's wife outside the close of discovery and prior to trial in this matter.

18
19
20
21
22
23
24
25
26
27
28

1  Dated: September 8, 2008

2

3                                            By: /s Gregory J. Testa
                                             JAMES A. TESTA, State Bar No. 64660
4                                            GREGORY J. TESTA, State Bar No. 176318
                                             TESTA & ASSOCIATES, LLP
5                                            570 Rancheros Drive, Suite 250
                                             San Marcos, California 92069
6                                            Telephone: (760) 891-0490
                                             Facsimile: (760) 891-0495
7
                                             Attorneys for Plaintiff
8                                            Rudolph Padilla

9

10

11
    Dated: September 8, 2008
12

13
                                             By: /s Brent N. Coverdale
14                                           PAUL D. SEYFERTH (Admitted pro hac vice)
                                             BRENT N. COVERDALE (Admitted pro hac vice)
15                                           SEYFERTH KNITTIG & BLUMENTHAL, LLC
                                             300 Wyandotte, Suite 430
16                                           Kansas City, MO 64113
                                             Telephone: (816) 756-0700
17                                           Facsimile: (816) 756-3700

18                                           Attorneys for Defendants
                                             FERRELLGAS, INC.
19                                           and FERRELLGAS, L.P.

20                                           Dave Carothers, State Bar No. 125536
                                             Cindy R. Caplan, State Bar No. 203868
21                                           CARLTON DiSANTE & FREUDENBERGER LLP
                                             4510 Executive Drive
22                                           Suite 300
                                             San Diego, California 92121
23                                           Telephone: (858) 646-0007
                                             Facsimile: (858) 646-0008
24                                           E-Mail: dcarothers@cdflaborlaw.com
                                                     ccaplan@cdflaborlaw.com
25
                                             Attorneys for Defendants
26                                           FERRELLGAS, INC.
                                             and FERRELLGAS, L.P.
27

28

                                    3                    Case No. 08cv0196-JLS (BLM)
                                                         JOINT MOTION TO CONDUCT DEPOSITION OF
                                                         PLAINTIFF'S WIFE AFTER THE CLOSE OF DISCOVERY