1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   RUDOLPH PADILLA,              )   Civil No. 08cv0196-JLS(BLM)
                                    )
12                  Plaintiff,      )
                                    )   **ORDER GRANTING JOINT MOTION TO**
13   v.                             )   **CONDUCT DEPOSITION OF**
                                    )   **PLAINTIFF'S WIFE AFTER THE**
14   FERRELLGAS, INC., et al.,      )   **CLOSE OF DISCOVERY**
                                    )
15                  Defendants.     )   [Doc. No. 16]
     _____ )
16

17        On September 8, 2008, the parties filed a joint motion for

18   leave to conduct the deposition of Plaintiff's wife after the close

19   of discovery but prior to trial.  Doc. No. 16.  The parties explain

20   that because Plaintiff's wife is expecting twins and is in the early

21   stages of a sensitive pregnancy, she will be medically unable to

22   appear for deposition prior to the close of discovery.  Id.  In

23   light of these circumstances, the parties have agreed to postpone

24   Plaintiff's wife's deposition until such time as she is able to

25   appear and they now seek the Court's approval of this agreement.

26   Id.

27        Good cause appearing, the parties' joint motion is **GRANTED**.

28   If Plaintiff's wife is medically unable to appear for deposition

prior to the pretrial conference in this case, counsel shall bring this issue to the district judge's attention prior to or during the pretrial conference in this case.  All other dates and deadlines remain as previously set.

**IT IS SO ORDERED.**

DATED:  September 9, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES